**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KAREN PAMELA SIMMONS,

    Petitioner,

v.                                  Case No. 12-15681

MILLICENT WARREN,

    Respondent.
                                /

**JUDGMENT**

In accordance with the court's Opinion and Order Denying the Petition for Writ of Habeas Corpus and Denying a Certificate of Appealability dated October 20, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Millicent Warren and against Petitioner Karen Pamela Simmons.  Dated at Detroit, Michigan, this 20th day of October 2014.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                        <u>S/ Lisa Wagner</u>
                                  By:  Lisa Wagner, Case Manager
                                     to Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C1 ORDERS\12-15681.SIMMONS.Judgment.wpd